B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Texas | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Shale Synergy, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
|---|---|
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>15660 North Dallas Parkway, Suite 400<br>Dallas, TX 75248 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Dallas          ZIP CODE<br>                  75248 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7     ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>            or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor __Shale Synergy, LLC__

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _/s/ Michael Schmitt_  4 MAR 2010          x _/s/_ 3/8/10
Signature of Petitioner or Representative (State title)    Signature of Attorney          Date
Michael Schmitt                                            Diamond McCarthy LLP
Name of Petitioner         Date Signed                     Name of Attorney Firm (If any)
                                                           909 Fannin, Suite 1500, Houston, TX 77010
Name & Mailing           Michael Schmitt                   Address
Address of Individual    7 Toliver Lane                    (713) 333-5100
Signing in Representative Stafford, VA 22554               Telephone No.
Capacity

x _____           x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney          Date

Name of Petitioner         Date Signed                     Name of Attorney Firm (If any)

Name & Mailing                                             Address
Address of Individual
Signing in Representative                                  Telephone No.
Capacity

x _____           x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney          Date

Name of Petitioner         Date Signed                     Name of Attorney Firm (If any)

Name & Mailing                                             Address
Address of Individual
Signing in Representative                                  Telephone No.
Capacity

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Michael Schmitt | unsecured | 25,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x [signature]  2/5/10 | x [signature]  3/8/10 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Thomas J. Mahar | Diamond McCarthy LLP |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| | 909 Fannin, Suite 1500, Houston, TX 77010 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Thomas J. Mahar  2656 29th Street, #202  Santa Monica, CA 90405 | 713-333-5100 |
| | Telephone No. |
| x [signature]  2/5/10 | x [signature]  3/8/10 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Thomas J. Mahar on behalf of Fire Ant, Inc | Diamond McCarthy LLP |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| | 909 Fannin, Suite 1500, Houston, TX 77010 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Thomas J. Mahar  2656 29th Street, #202  Santa Monica, CA 90405 | (713) 333-5100 |
| | Telephone No. |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Thomas J. Mahar | Unsecured | 91000.00 |
| Fire Ant, Inc. | Unsecured | 227500.00 |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ _____
Signature of Petitioner or Representative (State title)
Joshua J. Ofman on behalf of Joshua & Julie Ofman Family Trust

Name of Petitioner         Date Signed 3/4/10

Name & Mailing Address of Individual Signing in Representative Capacity:
Joshua J. Ofman
23256 ~~26256~~ Bluebird Drive
Calabasas, CA 91302

x _____ 3/8/10
Signature of Attorney              Date
Diamond McCarthy LLP
Name of Attorney Firm (If any)
909 Fannin, Suite 1500, Houston, TX 77010
Address
(713) 333-5100
Telephone No.

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x_____
Signature of Attorney              Date

Name of Attorney Firm (If any)

Address

Telephone No.

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x_____
Signature of Attorney              Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Joshua & Julie Ofman Family Trust | Unsecured | 100,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2        Name of Debtor  Shale Synergy, LLC

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ Lenore Asher
Signature of Petitioner or Representative (State title)
Lenore Asher on behalf of Norman B. Asher
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Lenore Asher
35 Crescent Street #747
Waltham, MA 02453

x /s/                    3/8/10
Signature of Attorney           Date
Diamond McCarthy LLP
Name of Attorney Firm (If any)
909 Fannin, Suite 1500, Houston, TX 77010
Address
(713) 333-5100
Telephone No.

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x_____
Signature of Attorney           Date

Name of Attorney Firm (If any)

Address

Telephone No.

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x_____
Signature of Attorney           Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Norman B. Asher | unsecured | 40,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

___ ___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor Shale Synergy, LLC

Case No.

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date 3/8/10 |
|---|---|
| Name of Petitioner: Robert Asher    Date Signed: 3/4/10 | Name of Attorney Firm: Diamond McCarthy LLP |
| Name & Mailing Address of Individual Signing in Representative Capacity: Robert Asher, 4722 Vista de Oro Ave, Woodland Hills, CA 91364 | Address: 909 Fannin, Suite 1500, Houston, TX 77010 |
| | Telephone No.: 713-333-5100 |

| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
|---|---|
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
|---|---|
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Robert Asher | unsecured | 140000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor   Shale Synergy, LLC

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, ~~and belief~~ | |
|---|---|
| x_/s/ Kathleen A. Costello_____<br>Signature of Petitioner or Representative (State title)<br>Kathleen Costello | x_____ 3/8/10<br>Signature of Attorney           Date<br>Diamond McCarthy LLP |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any)<br>909 Fannin, Suite 1500, Houston, TX 77010 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Kathleen A. Costello<br>160 ~~Keone Kai Road #27-101~~<br>Kihei, HI 96753 | Address<br>(713) 333-5100<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title) | x_____    Date<br>Signature of Attorney |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title) | x_____    Date<br>Signature of Attorney |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Kathleen A. Costello | unsecured | 60,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x *Ainsley A. Ahlo, PRESIDENT*       x *[signature] 3/8/10*
Signature of Petitioner or Representative (State title)    Signature of Attorney       Date
Ainsley A. Ahlo on behalf of Structural Pest Control, Inc.  3/4/10    Diamond McCarthy LLP
Name of Petitioner            Date Signed      Name of Attorney Firm (If any)
                            909 Fannin, Suite 1500, Houston, TX 77010

Name & Mailing         Ainsley A. Ahlo           Address
Address of Individual   99-1191 Iwaena Street    (713) 333-5100
Signing in Representative  Aiea, HI 94701        Telephone No.
Capacity

x *Ainsley A. Ahlo, PRESIDENT*      x_____
Signature of Petitioner or Representative (State title)    Signature of Attorney       Date

Name of Petitioner           Date Signed      Name of Attorney Firm (If any)

Name & Mailing                         Address
Address of Individual
Signing in Representative              Telephone No.
Capacity

x_____         x_____
Signature of Petitioner or Representative (State title)    Signature of Attorney       Date

Name of Petitioner           Date Signed      Name of Attorney Firm (If any)

Name & Mailing                         Address
Address of Individual
Signing in Representative              Telephone No.
Capacity

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Structural Pest Control, Inc. | unsecured | 50,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2　　　　　　　　　　Name of Debtor __Shale Synergy, LLC__

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _John M. Rickman_ (signed) | x _(signed)_ 3/8/10 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney　　　　　Date |
| John M. Rickman on behalf of Financial Gateway 401K Trust 3/03/2010 | Diamond McCarthy LLP |
| Name of Petitioner　　　Date Signed | Name of Attorney Firm (If any) |
| | 909 Fannin, Suite 1500, Houston, TX 77010 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| John M. Rickman | (713) 333-5100 |
| 109 Lamar Street | Telephone No. |
| Terrell, TX 75106 | |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney　　　　　Date |
| Name of Petitioner　　　Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney　　　　　Date |
| Name of Petitioner　　　Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Financial Gateway 401K Trust | unsecured | 20,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor __Shale Synergy, LLC__

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ <br> Signature of Petitioner or Representative (State title) <br> Drew Fredrick on behalf of Andrew and Lisa Fredrick   3/4/2010 <br> Name of Petitioner                Date Signed <br><br> Name & Mailing         Drew Fredrick <br> Address of Individual  855 Santmyer Drive, SE <br> Signing in Representative  Leesburg, VA 20175 <br> Capacity | x _[signature]_ Ka  3/8/10 <br> Signature of Attorney           Date <br> Diamond McCarthy LLP <br> Name of Attorney Firm (If any) <br> 909 Fannin, Suite 1500, Houston, TX 77010 <br> Address <br> (713) 333-5100 <br> Telephone No. |
| x_____ <br> Signature of Petitioner or Representative (State title) <br><br> Name of Petitioner                Date Signed <br><br> Name & Mailing <br> Address of Individual <br> Signing in Representative <br> Capacity | x_____ <br> Signature of Attorney           Date <br><br> Name of Attorney Firm (If any) <br><br> Address <br><br> Telephone No. |
| x_____ <br> Signature of Petitioner or Representative (State title) <br><br> Name of Petitioner                Date Signed <br><br> Name & Mailing <br> Address of Individual <br> Signing in Representative <br> Capacity | x_____ <br> Signature of Attorney           Date <br><br> Name of Attorney Firm (If any) <br><br> Address <br><br> Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner <br> Andrew and Lisa Fredrick | Nature of Claim <br> unsecured | Amount of Claim <br> 150,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

____ continuation sheets attached

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ 3/5/10 | x /s/ 3/8/10 |
|---|---|
| Signature of Petitioner or Representative (State title) Andrew Epstein on behalf of Andrew Epstein and Karola Epstein | Signature of Attorney Date Diamond McCarthy LLP |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) 909 Fannin, Suite 1500, Houston, TX 77010 |
| Name & Mailing Address of Individual Signing in Representative Capacity  Andrew Epstein 30 Dunne Ct. Menlo Park, CA 94025 | Address (713) 333-5100 Telephone No. |
| x | x |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address Telephone No. |
| x | x |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Andrew Epstein and Karola Epstein | Unsecured | 50,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor __Shale Synergy, LLC__

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Charles D Graham_ 
Signature of Petitioner or Representative (State title)
Charles D. Graham on behalf of GCA General Contractor, Inc. DBPP

Name of Petitioner                 Date Signed

Name & Mailing             Charles D. Graham
Address of Individual      PO Box 1674
Signing in Representative
Capacity                   Kihei, HI 96753

Signature of Attorney _____ 3/8/10  Date
Diamond McCarthy LLP
Name of Attorney Firm (If any)
909 Fannin, Suite 1500, Houston, TX 77010
Address
(713) 333-5100
Telephone No.

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner                 Date Signed

Name & Mailing
Address of Individual      _____
Signing in Representative
Capacity                   _____

x_____  Date
Signature of Attorney

Name of Attorney Firm (If any)

Address

Telephone No.

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner                 Date Signed

Name & Mailing
Address of Individual      _____
Signing in Representative
Capacity                   _____

x_____  Date
Signature of Attorney

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| GCA General Contractor, Inc. DBPP | unsecured | 125,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ 3/5/10<br>Signature of Petitioner or Representative (State title)<br>Gina Schmitt on behalf of Equity Trust Company f/b/o Gina Schmitt IRA | x _[signature]_ 3/8/10<br>Signature of Attorney          Date<br>Diamond McCarthy LLP |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any)<br>909 Fannin, Suite 1500, Houston, TX 77010 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Gina Schmitt<br>7 Toliver Lane<br>Stafford, VA 22554 | Address<br>(713) 333-5100<br>Telephone No. |

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title) | x_____<br>Signature of Attorney          Date |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address<br>Telephone No. |

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title) | x_____<br>Signature of Attorney          Date |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Equity Trust Company f/b/o Gina Schmitt IRA | unsecured | 80,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor __Shale Synergy, LLC__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _Russell E. Fredrick_ (signed)<br>Signature of Petitioner or Representative (State title)<br>Russell E. Fredrick<br>Name of Petitioner    _March 4, 2010_ Date Signed | x _(signed)_    3/8/10<br>Signature of Attorney    Date<br>Diamond McCarthy LLP<br>Name of Attorney Firm (If any)<br>909 Fannin, Suite 1500, Houston, TX 77010 |
|---|---|
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Russell E. Fredrick<br>434 St. Charles Street<br>Columbus, WI 53925 | Address<br>(713) 333-5100<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Name of Petitioner    Date Signed | x _____<br>Signature of Attorney    Date<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Name of Petitioner    Date Signed | x _____<br>Signature of Attorney    Date<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Russell E. Fredrick | unsecured | 25,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

____ continuation sheets attached

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ _____  x /s/ _____ 3/8/14
Signature of Petitioner or Representative (State title)  Signature of Attorney  Date
Michael Hicks on behalf of Hicks Higuchi Corporation 401K Profit Sharing Plan FBO Michael P. Hicks  Diamond McCarthy LLP

Name of Petitioner          Date Signed  Name of Attorney Firm (If any)
                                          909 Fannin, Suite 1500, Houston, TX 77010

Name & Mailing       Michael P. Hicks, President   Address
Address of Individual  Hicks Pension Group          (713) 333-5100
Signing in Representative 1218 Waimanu Street, 2nd Floor  Telephone No.
Capacity             Honolulu, Hawaii 96814-4304

x /s/ _____  x /s/ _____ 3/8/14
Signature of Petitioner or Representative (State title)  Signature of Attorney  Date
Michael Hicks on behalf of Hicks Higuchi Corporation Defined Benefit Pension Plan  Diamond McCarthy LLP

Name of Petitioner          Date Signed  Name of Attorney Firm (If any)
                                          909 Fannin, Suite 1500, Houston, TX 77010

Name & Mailing       Michael P. Hicks, President   Address
Address of Individual  Hicks Pension Group          (713) 333-5100
Signing in Representative 1218 Waimanu Street, 2nd Floor  Telephone No.
Capacity             Honolulu, Hawaii 96814-4304

x /s/ _____  x /s/ _____ 3/8/14
Signature of Petitioner or Representative (State title)  Signature of Attorney  Date
Michael Hicks on behalf of Hicks Higuchi Corporation 401K Profit Sharing Plan FBO Michael P. Hicks - Roth  Diamond McCarthy LLP

Name of Petitioner          Date Signed  Name of Attorney Firm (If any)
                                          909 Fannin, Suite 1500, Houston, TX 77010

Name & Mailing       Michael P. Hicks, President   Address
Address of Individual  Hicks Pension Group          (713) 333-5100
Signing in Representative 1218 Waimanu Street, 2nd Floor  Telephone No.
Capacity             Honolulu, Hawaii 96814-4304

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Hicks Higuchi Corporation 401K Profit Sharing Plan FBO Michael P. Hicks | Unsecured | 375,000.00 |
| Hicks Higuchi Corporation Defined Benefit Pension Plan | Unsecured | 230,000.00 |
| Hicks Higuchi Corporation 401K Profit Sharing Plan FBO Michael P. Hicks - Roth | Unsecured | 55,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2   Name of Debtor __Shale Synergy, LLC__

Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ <br> Signature of Petitioner or Representative (State title) <br> Michael Hicks on behalf of Hicks Higuchi Corporation 401K Profit Sharing Plan FBO Marie Hicks - Roth | x _[signature]_  3/8/1. <br> Signature of Attorney           Date <br> Diamond McCarthy LLP |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) <br> 909 Fannin, Suite 1500, Houston, TX 77010 |
| Name & Mailing Address of Individual Signing in Representative Capacity <br><br> Michael P. Hicks, President <br> Hicks Pension Group <br> 1218 Waimanu Street, 2nd Floor <br> Honolulu, Hawaii 96814-4304 | Address <br> (713) 333-5100 <br> Telephone No. |
| x_____ <br> Signature of Petitioner or Representative (State title) | x_____ <br> Signature of Attorney           Date |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address <br><br> Telephone No. |
| x_____ <br> Signature of Petitioner or Representative (State title) | x_____ <br> Signature of Attorney           Date |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address <br><br> Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Hicks Higuchi Corporation 401K Profit Sharing Plan FBO Marie Hicks - Roth | Unsecured | 35,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2       Name of Debtor **Shale Synergy, LLC**

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _W. E. Neustaedter_ | x _[signature]_ 3/8/10 |
|---|---|
| Signature of Petitioner or Representative (State title)<br>William E. Neustaedter | Signature of Attorney                    Date<br>Diamond McCarthy LLP |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any)<br>909 Fannin, Suite 1500, Houston, TX 77010 |
| Name & Mailing Address of Individual Signing in Representative Capacity | William E. Neustaedter<br>3301 Spanish Trail, Apt. A207<br>Delray Beach, FL 33483-4740 | Address<br>(713) 333-5100<br>Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney            Date |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address<br>Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney            Date |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address<br>Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>William E. Neustaedter | Nature of Claim<br>unsecured | Amount of Claim<br>35,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor **Shale Synergy, LLC**

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Ardith Neustaedter_ (signature) | x _[signature]_ 3/8/10 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
| Ardith Neustaedter | Diamond McCarthy LLP |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| | 909 Fannin, Suite 1500, Houston, TX 77010 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Ardith Neustaedter, 4740 S. Ocean Boulevard, Boca Raton, FL 33487 | Address |
| | (713) 333-5100 |
| | Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Ardith Neustaedter | unsecured | 75,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | Total Amount of Petitioners' Claims |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

_____ continuation sheets attached