BTXN 140 (rev. 12/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Shale Synergy, LLC § Case No.: 10–31683–hdh7
§ Chapter No.: 7
Debtor(s) §

# SUMMONS TO DEBTOR IN AN INVOLUNTARY CASE

A petition under Title 11, United States Code was filed against you on March 8th, 2010 in this Bankruptcy Court, requesting an order for relief under 7 of the Bankruptcy Code (Title 11 of the United States Code).

**YOU ARE SUMMONED** and required to submit to the Clerk of the Bankruptcy Court, a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of Clerk:
United States Bankruptcy Court
1100 Commerce Street
Room 1254
Dallas, TX 75242

At the same time, you must also serve a copy of the motion or answer on the petitioner's attorney.

Attorney's Address:
Kyung S. Lee
Diamond, McCarthy, Taylor and Finley
909 Fannin, Suite #1500
Houston, TX 77010

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**


DATED: 3/9/10    FOR THE COURT:
                 Tawana C. Marshall, Clerk of Court

                 by: /s/Michael Edmond, Deputy Clerk



In Re: Shale Synergy, LLC  
Case No. 10–31683–hdh7

# CERTIFICATE OF SERVICE

I,_____

of**_____

certify:

    That I am, and at all times hereinafter mentioned was, more that 18 years of age;

That on the _____ day of _____,_____ I served a copy of the within summons, together with the complaint filed in this proceeding, on

the alleged debtor in this case, by *{describe here the mode of service}*

the said alleged debtor at

Under penalty of perjury, I declare that the foregoing is true and correct.

_____     _____  
*(Date)*                          *(Signature)*

    Print Name: _____

    Business Address: _____

    City: _____ State: _____ Zip:_____

    ** _____  
      *State mailing address*